**Appeal Reinstated; Motion to Dismiss Granted; Appeal Dismissed; and Memorandum Opinion filed June 13, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00403-CV

---

## METROPOLITAN WATER COMPANY, LP, Appellant

## V.

## BLUE WATER SYSTEMS, LP AND BLUE WATER VISTA RIDGE, LLC, Appellees

---

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 37,412**

---

## MEMORANDUM OPINION

Appellant Metropolitan Water Company, LP appealed an order granting an anti-suit injunction signed on July 12, 2021.[1] We abated the appeal pending

---

[1] Appellant filed its notice of appeal on July 20, 2021, after the Supreme Court of Texas ordered the Court of Appeals for the Tenth District of Texas to transfer the related appeal (No. 10-20-00143-CV reassigned as No. 14-20-00524-CV) to this court. Misc. Docket No. 20-9089 (Tex. July 24, 2020); *see* Tex. Gov't Code Ann. §§ 73.001, .002.

settlement on October 26, 2023. Appellant filed a joint motion to dismiss the appeal on May 22, 2024. *See* Tex. R. App. P. 42.1. We reinstate the appeal, we grant the motion to dismiss, and we dismiss the appeal.


/s/    Meagan Hassan
       Justice


Panel consists of Chief Justice Christopher and Justices Wise and Hassan.